UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 18 2017 ★

BROOKLYN OFFICE

VICTOR ANDREWS, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

FULTON STORES CAPITAL CORP.,

Defendant.

No. 17-cv-307

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as against Defendant, FULTON STORES CAPITAL CORP., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:
By: _____
Michael Gordon, Esq.
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, New York 10036
Telephone: (212) 790-4603
Email: mgordon@manatt.com

Date: 4/19/17

For the Plaintiff:
By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Email: cklee@leelitigation.com

Date: 4-17-17

SO ORDERED
/s/(NG)
_____
Hon. Nina Gershon, U.S.D.J.

5-11-17